# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Craven, Caroline M. | USDC/EDTX | 05/03/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

500 N. Stateline Ave., Room 401
P.O. Box 2090
Texarkana, Texas 75504

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Uncompensated corporate director | Red River Lumber Company |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craven, Caroline M. | 05/03/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Red River Lumber Company & Design Center |
| 2. | 2018 | Texarkana Truss, LLC 2/3 interest |
| 3. | 2018 | Texarkana Door and Window |
| 4. | 2018 | Davis Lumber and Hardware Co. |
| 5. | 2018 | Spencer Bay Holding Co. |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craven, Caroline M. | 05/03/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Diamond Bank | Land and buildings, Red River Lumber Co., Inc. | P1 |
| 2. | Commercial National Bank | Land and buildings, Texarkana Door and Window, Inc. | P1 |
| 3. | Larry Walls | Stock in Texarkana Door and Window, Inc. | M |
| 4. | Commecial National Bank | Land and buildings, Davis Lumber and Hardware Co. | P1 |
| 5. | Diamond Bank | Land, 54 acres on Stateline and Lakeridge Roads, Texarkana, Texas, | L |
| 6. | Commercial National Bank | Land and buildings, Davis Lumber and Hardware, Malvern, Arkansas, Spencer Bay Holding Co. | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Craven, Caroline M. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo checking accout #1 | A | Interest | J | T | | | | | |
| 2. | | | | | | | | | |
| 3. Ameriprise (IRA) #2: | | | | | | | | | |
| 4. RiverSource Life Insurance Co: RiverSource Fixed Annuity Rate Bonus 3 | E | Int./Div. | N | T | | | | | |
| 5. RiverSource Life Insurance Co: RiverSource Fixed Annuity Rate Bonus 3 | E | Int./Div. | N | T | | | | | |
| 6. | | | | | | | | | |
| 7. American Funds (Simple/IRA) #3: | | | | | | | | | |
| 8. Growth Fund of America-A | C | Dividend | K | T | | | | | |
| 9. Investment Co. of America Class A, American Funds | C | Dividend | K | T | | | | | |
| 10. Capital World Growth & Inc. Fund A Class A, American Funds | C | Dividend | K | T | | | | | |
| 11. Washington Mutual Investors Fund A | C | Dividend | K | T | | | | | |
| 12. American Balanced Fund A | C | Dividend | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. Linder Capital Advisors (Roth IRA) #4: | | | | | | | | | |
| 15. FDIC Insured Deposit Account | A | Dividend | K | T | | | | | |
| 16. DFA Global Equity PTF | A | Dividend | K | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craven, Caroline M. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Linder Capital Advisors #5: | | | | | | | | | |
| 19. FDIC Insured Deposit Account | A | Interest | K | T | | | | | |
| 20. DFA Global Equity PTF | A | Dividend | K | T | | | | | |
| 21. | | | | | | | | | |
| 22. Red River Lumber Co., Stock | | None | O | U | | | | | |
| 23. | | | | | | | | | |
| 24. MCCM, LLC, Texarkana, Texas | G | Rent | O | U | | | | | |
| 25. | | | | | | | | | |
| 26. Texarkana Truss, LLC | | None | J | U | | | | | |
| 27. | | | | | | | | | |
| 28. Texarkana Door and Window, Inc. | | None | M | U | | | | | |
| 29. | | | | | | | | | |
| 30. Davis Lumber and Hardware Co. | | None | P1 | U | Buy | 06/30/17 | P1 | | Davis Lumber Co., Inc./... |
| 31. | | | | | | | | | |
| 32. 54 Acres | | None | L | U | Buy | 05/10/17 | L | | Town North Properties |
| 33. | | | | | | | | | |
| 34. Spencer Bay Holding Co. | | Rent | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craven, Caroline M. | 05/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI:

Line 5:  This liability was extinguiished in 2018 and will not appear in the 2019 disclosure.

| Name of Person Reporting | Date of Report |
|---|---|
| Craven, Caroline M. | 05/03/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Caroline M. Craven**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544